UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOR KRKHYAN, ) <br> ) <br> Defendant. ) | 2:08-CR-308-GMN-RJJ <br><br> ORDER |

IT IS HEREBY ORDERED that Kevin M. Kelly, Esq. is appointed as counsel for Gor Krkhyan in place of Osvaldo Fumo for all future proceedings.

Mr. Fumo shall forward the file to Mr. Kelly forthwith.

DATED this __14__ day of March, 2011.
Nunc Pro Tunc: March 14, 2011.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE